Tracy R. Horn (CA Bar No. 258170)
**THE TORKZADEH LAW FIRM**
11601 Wilshire Blvd. Ste. 500
Los Angeles, CA 90025
Tel: (310) 935-1111 / Fax: (800) 979-0262
E-mail: Tracy@TorkLaw.com

Attorneys for Plaintiff
Jack Gee

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK GEE,<br><br>            Plaintiff(s),<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; and<br>DOES 1-50, Inclusive,<br><br>            Defendant(s). | Case No. 8:16-cv-00832-DOC-KES<br><br>NOTICE OF SETTLEMENT<br><br>Judge:     Hon. David O. Carter<br>Ct.:         9D<br><br>Location: U.S. Courthouse<br>                411 W. 4th St.<br>                Santa Ana, CA 92701 |

NOTICE IS HEREBY GIVEN that Plaintiff JACK GEE and Defendant MIDLAND CREDIT MANAGEMENT, INC. have reached a settlement. The parties anticipate filing a joint motion dismissing the entire case with prejudice within 45 days.

Because Plaintiff has reached a settlement with all Defendants in this case, he respectfully requests that all pleading and filing requirements applicable to this case, as well as any scheduled hearings, be vacated.

- 1 -     *Case# 8:16-cv-00832-DOC-KES*
Notice of Settlement

| | | |
|---|---|---|
| 1 | Date: February 15, 2017 | Respectfully submitted, |
| 2 | | **TORKZADEH LAW FIRM, APC** |
| 3 | | |
| 4 | | By: /s/ Tracy R. Horn |
| | | Tracy R. Horn (SBN: 258170) |
| 5 | | **THE TORKZADEH LAW FIRM** |
| 6 | | 11601 Wilshire Blvd. Ste. 500 |
| | | Los Angeles, CA 90025 |
| 7 | | T: (310) 935-1111 / F: (800) 979-0262 |
| | | E-mail: Tracy@TorkLaw.com |
| 8 | | |
| 9 | | ATTORNEYS FOR PLAINTIFF |

# PROOF OF SERVICE

*GEE v. MIDLAND CREDIT MANAGEMENT, INC., ET AL.*
Case No. 8:16-cv-00832-DOC-KES

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Tracy R. Horn, am an attorney licensed in California.  My business address is 11601 Wilshire Blvd. Ste. 500, Los Angeles, CA 90025, (310) 935-1111.  I am over 18 years of age, not a party to the within action, and I am exempt from registration under California Business and Professions Code § 22350(b).

I served on February 15, 2017 the foregoing document(s) described as –

- NOTICE OF SETTLEMENT

- on the other parties in this action by delivering as follows:

Thomas F. Landers, Esq.
**MIDLAND CREDIT MANAGEMENT, INC.**
401 B St. Ste. 1200
San Diego CA 92101
619.231.0303 / Fax: 619.231.4755
E-mail: tlanders@swsslaw.com
Attorneys for Defendant

[X]   FRCP 5(b)(2)(E): by electronic means as consented to in writing.

**Executed on February 15, 2017 in San Diego, California.**

I swear under the penalty of perjury under the laws of the state of California that the foregoing is true and correct.

/s/ Tracy R. Horn
Tracy R. Horn